EDWARD H. KUBO, JR.   2499
United States Attorney
District of Hawaii

HARRY YEE   3790
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850-6100
Telephone: (808) 541-2850
Fax: (808) 541-2958
E-mail: harry.yee@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>                              )<br>            Plaintiff,        )<br>                              )<br>      vs.                     )<br>                              )<br> GEORGE KEKAHUNA KAMAKEA, JR.; )<br> MAGDALINE KAMAKEA; HOUSING   )<br> FINANCE AND DEVELOPMENT      )<br> CORPORATION, STATE OF HAWAII;)<br> DEPT. OF BUDGET AND FISCAL   )<br> SEVICES, REAL PROPERTY TAX   )<br> DIVISION, CITY AND COUNTY OF )<br> HONOLULU,                    )<br>                              )<br>            Defendants.       )<br> _____) | CIVIL NO. 03-00525 HG-BMK<br>(Foreclosure)<br><br>STIPULATION FOR DISMISSAL WITH<br>PREJUDICE ALL CLAIMS AGAINST<br>ALL PARTIES; ORDER |

STIPULATION FOR DISMISSAL WITH PREJUDICE
ALL CLAIMS AGAINST ALL PARTIES

   IT IS HEREBY STIPULATED AND AGREED, by and among the parties hereto, through their undersigned attorneys, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, that all remaining claims against all remaining

parties in the above-entitled action be and hereby are dismissed with prejudice.

This Stipulation may be executed in counterparts, and all counterparts so executed shall be deemed to be one and the same instrument, binding on all of the parties hereto, notwithstanding that all of the parties are not signatories to the original or the same counterparts.  For all purposes, duplicated and unexecuted pages of the counterparts may be discarded and the remaining pages assembled as one document.

//

//

//

//

//

//

//

//

//

//

//

//

//

//

DATED: Honolulu, Hawaii, December 20, 2006.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

/s/ Sandra Ching
_____
SANDRA CHING
Attorney for Defendant
HOUSING AND COMMUNITY DEV.
  CORPORATION OF HAWAII

/s/ Harry Yee
By _____
   HARRY YEE
   Assistant U.S. Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

/s/ Gordon D. Nelson
_____
GORDON D. NELSON
Attorney for Defendant
DEPT. OF BUDGET AND FISCAL
 SERVICES, REAL PROPERTY
 TAX DIVISION, CITY AND
 COUNTY OF HONOLULU

APPROVED AND SO ORDERED.
Honolulu, Hawaii, December 20, 2006



_____/S/ Helen Gillmor_____
Helen Gillmor
Chief United States District Judge

USA v. Kamakea, et al.
Civil No. 03-00525 HG-BMK
STIPULATION FOR DISMISSAL WITH PREJUDICE ALL CLAIMS AGAINST ALL PARTIES; ORDER